IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:15CV152 |
| | ) | (Financial Litigation Unit) |
| KHELLI TIAGHA, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

A default having been entered against Defendant and counsel for Plaintiff having requested judgment by default against Defendant and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure;

Judgment by default is rendered in favor of Plaintiff, the United States of America, and against Defendant, Khelli Tiagha, in the total amount of $67,396.71 as of December 9, 2014, which includes the principal amount of $57,494.01, plus 0.15% pre-judgment interest accrued pursuant to the terms of the complaint, said interest totaling $9,902.70 as of December 9, 2014, and continuing to accrue until date of judgment herein at the rate of 0.15% per annum; together with interest to accrue from the date of this judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, and costs in the sum of $400.00, and all future costs. Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

Signed: June 30, 2015

Frank G. Johns, Clerk
United States District Court